NO. 12-00-00219-CV

 

                 IN
THE COURT OF APPEALS

 

      TWELFTH COURT OF
APPEALS DISTRICT

 

                           TYLER, TEXAS

 

 

MUSTANG PIPELINE COMPANY, INC.,   '     APPEAL FROM THE
124TH

APPELLANT

 

V.                                                                         '     JUDICIAL DISTRICT
COURT OF

 

DRIVER
PIPELINE COMPANY, INC.,

AND SEABOARD SURETY COMPANY,    '     GREGG COUNTY,
TEXAS

APPELLEES

 





                                                     MEMORANDUM
OPINION

                                                                 PER
CURIAM

On June 28, 2002, we granted rehearing in this cause and
continued the abatement ordered on August 10, 2001, pending final review by the
Texas Supreme Court.  The supreme court has now delivered its opinion in the
cause.  See Mustang Pipeline
Co. v. Driver Pipeline Co., No. 02-0290 (Tex. Apr. 22, 2003) (per curiam). 
Accordingly, the abatement is lifted, and the appeal is dismissed.

Opinion
delivered April 30, 2004.

Panel
consisted of Worthen, C.J., Griffith, J., and DeVasto, J.

 

 

 

 

 

 

                                                                     (PUBLISH)